# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT    [ ] INFORMATION    [ ] INDICTMENT    [ ] SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

## OFFENSE CHARGED

18 U.S.C. § 2252A(a)(2)(A) - Distribution of Child Pornography

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[ ] Felony

PENALTY: Imprisonment: 5 years minimum; 20 years max; $250,000 fine; 5 years -life supervised release life; $17,000, assessment; $100 special assessment

## DEFENDANT - U.S

CHADWICK JAMES GRIBBLE

DISTRICT COURT NUMBER
4:25-mj-71441 MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
HSI Special Agent Andrew Mundy

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY    [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: CRAIG H. MISSAKIAN

[X] U.S. Attorney    [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): EMILY R. DAHLKE

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

FILED
Dec 02 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Has detainer been filed? [ ] Yes [ ] No
If "Yes" give date filed ▶ Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS    [ ] NO PROCESS*    [X] WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment    [ ] Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:25-mj-71441 MAG |
| CHADWICK JAMES GRIBBLE, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 10, 2025** in the county of **Contra Costa** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| - 18 U.S.C. § 2252A(a)(2)(A | Distribution of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit of HSI Special Agent Andrew Mundy.

**FILED**
Dec 02 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

☑ Continued on the attached sheet.

Approved as to form   /s/
AUSA EMILY R. DAHLKE

/s/
*Complainant's signature*

Andrew Mundy, Special Agent, HSI
*Printed name and title*

Sworn to before me by telephone.

Date: 12/02/2025

*Judge's signature*

City and state: McKinleyville, Ca

Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Andrew Mundy, a Special Agent with Homeland Security Investigations (HSI), being first duly sworn, hereby declare and state as follows:

**INTRODUCTION**

1. I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging Chadwick GRIBBLE with the distribution of child pornography, also referred to as Child Sexual Abuse Material (CSAM), in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

2. In connection with my official duties, I have participated in the investigation of GRIBBLE since about July 2025. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, law enforcement personnel, and witnesses.

3. Because this affidavit is submitted for the limited purpose of obtaining a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me or other law enforcement officers about this investigation. Rather, I have set forth those facts which I believe are sufficient to establish probable cause that GRIBBLE committed the aforementioned offense.

**AGENT BACKGROUND**

4. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law enumerated in 18 U.S.C. § 2516.

5.     As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

6.     I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) and have been since January 2024. I am currently assigned to the HSI Office of the Special Agent in Charge (SAC), San Francisco, in the Homeland Security Task Force / El Dorado Task Force – West Group.

7.     I have completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training program at the Federal Law Enforcement Training Center (FLETC) in Brunswick, GA, which consisted of over 1,000 hours of training on topics such as physical surveillance, executing search warrants, federal law, arrest tactics, criminal investigative techniques, and other related subjects.

8.     Prior to my employment with HSI, I was a sworn peace officer in the State of California, with the Pleasant Hill Police Department, for just under 4 years. I served as a patrol officer and a detective. I conducted hundreds of investigations into violations of California state law, made hundreds of arrests, and was the affiant on, as well as participated in the service of, numerous search warrants. While employed with Pleasant Hill Police, I attended hundreds of hours of training on conducting criminal investigations, computer forensics, cellular records analysis, cryptocurrency, and other related topics. I served on the Contra Costa County Internet Crimes Against Children (ICAC) task force. Additionally, I testified numerous times in California Superior Court in a variety of judicial proceedings, to include specific testimony as an expert on the identification and sale of illicit drugs.

9. I have attended the 80-hour California Peace Officer Standards and Training (CA POST) Institute of Criminal Investigations CORE course, which was an introductory training course for criminal investigators, and the 40-hour CA POST Institute of Criminal Investigations Technology in Investigations course, which provided instruction on the intersection of technology and criminal investigations. I have also attended the 40-hour CA POST Institute of Criminal Investigations Child Sexual Assault Investigations course.

10. Throughout the course of my career, I have investigated numerous cases involving possession, receipt, and distribution of CSAM, and have made arrests for the same. I have also conducted online investigations, reviewed electronic evidence, analyzed financial records, interviewed witnesses, seized evidence of money laundering violations, processed seized evidence, conducted online undercover operations, and debriefed persons arrested and convicted for a variety of crimes. I have authored numerous federal and state complaints or probable cause declarations for a variety of crimes.

## APPLICABLE STATUTES

11. **Title 18, United States Code, Section 2252A(a)(2)(A)** makes it unlawful for any person to knowingly receive or distribute "any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer."

## FACTS ESTABLISHING PROBABLE CAUSE

*National Center for Missing and Exploited Children CyberTipline Report* **#212205790**

12. On 5/18/2025, MediaLab, the parent company to messaging application Kik, submitted a CyberTipline report (#212205790**)** to the National Center for Missing and Exploited Children (NCMEC) regarding the distribution of suspected CSAM by a Kik user. Prior to

reporting the incident, a Kik employee reviewed the suspected CSAM file and classified it as "A1", indicating the file depicted a prepubescent minor engaged in a sex act. The CyberTipline Report included details of the incident, basic subscriber information for the Kik user, and the media file in question.

13.    I reviewed the CyberTipline report, including the provided files, and learned that on 5/10/2025, Kik user "ivutspun_ik0" uploaded file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4" from Internet Protocol (IP) address "108.217.231.178" in a private chat with another Kik user. Kik user "ivutspun_ik0" was associated with the email address "fujijjjjjhvvf@ghjn.com" and a Samsung device with Android ID "11121d9beb04eec4". It should be noted that based on a review of other CyberTipline reports linked to the same upload IP address, the Android ID "11121d9beb04eec4" was linked to a Samsung device with model number "SM-G991U1", which is a Samsung Galaxy S21 cellphone.

14.    I viewed file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4" and noted the following description: This media file was an approximately 11-second-long video, which depicted a nude prepubescent female juvenile, approximately 6-8 years old, sitting on the floor, with her legs spread open exposing her vagina and anus to the camera. The female juvenile was rubbing her vagina with her hand. Based on my training and experience, I recognized this video as a visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

### State Search Warrant at 5920 Rose Arbor Ave

15.    In Summer 2025, the Contra Costa County District Attorney's Office (CCCDAO) Internet Crimes Against Children (ICAC) task force initiated an investigation into three NCMEC CyberTipline reports linked to the IP address "108.217.231.178", to include the above described

CyberTipline report. Based on the results of their investigation, to include a review of data obtained from AT&T and Kik via state search warrant, Chadwick GRIBBLE, a resident at 5920 Rose Arbor Ave, San Pablo, CA, was identified as the suspect in their case.

16. On 7/3/2025, the CCCDAO ICAC task force served a state search warrant at 5920 Rose Arbor Ave. During warrant service, GRIBBLE was detained at the residence. A total of 5 electronic devices were seized, including GRIBBLE's Samsung Galaxy S21 cellphone.

### *Federal Investigation of GRIBBLE*

17. In light of the results of the CCCDAO ICAC task force investigation, I authored a federal search warrant for the forensic examination and review of GRIBBLE's five electronic devices. On 8/1/2025, the Honorable Donna M. Ryu, Chief Magistrate Judge of the Northern District of California, authorized the federal search warrant (#4:25-mj-71032-DMR).

18. I reviewed the contents of GRIBBLE's devices pursuant to the federal search warrant. On his Samsung Galaxy S21 cellphone, I located the following artifacts of note:

   a. Indicia that the cellphone belonged to GRIBBLE, including several pornographic and non-pornographic "selfie" style images of a male subject I recognized as GRIBBLE based on a comparison with GRIBBLE's California driver license photo. I also located multiple images of GRIBBLE's California driver license, US passport, and of GRIBBLE holding his driver license.

   b. Indicia of Kik account "ivutspun_ik0".

   c. A thumbnail for a video file identical to the above described CSAM file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4" which was distributed by Kik user "ivutspun_ik0".

  d. A total of 45 unique CSAM video files. Based on a review of these files, 17 depicted pubescent children, 20 depicted prepubescent children, and 8 depicted infants and toddlers. Additionally, two of the videos depicted infants in situations involving violence, and one of the videos depicted a prepubescent child in a situation involving Bondage, Domination, Sadism, or Masochism (BDSM).

19. I subsequently authored a search warrant to Kik for records related to multiple accounts, including "ivutspun_ik0". On 10/9/2025, the Honorable Donna M. Ryu, Chief Magistrate Judge in the Northern District of California, authorized the federal search warrant (#4:25-mj-71223 DMR).

20. As reflected in the CyberTipline report, Kik records indicated "ivutspun_ik0" was associated with a Samsung device with Android ID "11121d9beb04eec4". The contents of the account consisted primarily of pornographic images and videos of GRIBBLE, along with a screen shot of GRIBBLE's CashApp account identifier – CashTag "$amokpsk". The contents also included the above described CSAM video file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4".

21. The Kik chat logs indicated GRIBBLE sent the above described CSAM file to Kik user "biboi050_2s2" on 5/10/2025 at 2225 hours from IP address 108.217.231.178. The following is a summary of the chat between GRIBBLE and "biboi050_2s2" around the time of the CSAM distribution:

  a. biboi050_2s2 (5/10/2025 at 2222 hours Z | IP 71.231.1.33): "Yooo".

  b. biboi050_2s2 (5/10/2025 at 2222 hours Z | IP 71.231.1.33): "Don you ever zoom?".

  c. ivutspun_ik0 (5/10/2025 at 2223 hours Z | IP 108.217.231.178): "Yes for a donation".

  d. ivutspun_ik0 (5/10/2025 at 2223 hours Z | IP 108.217.231.178): "$amokpsk".

  e. biboi050_2s2 (5/10/2025 at 2223 hours Z | IP 71.231.1.33): "You p3rvy'?".

  f. ivutspun_ik0 (5/10/2025 at 2223 hours Z | IP 108.217.231.178): "Yew asf".

  g. biboi050_2s2 (5/10/2025 at 2224 hours Z | IP 71.231.1.33): "Love yng stuff".

  h. biboi050_2s2 (5/10/2025 at 2224 hours Z | IP 71.231.1.33): "K9"

  i. ivutspun_ik0 (5/10/2025 at 2224 hours Z | IP 108.217.231.178): "I need to finish edging n yes I enjoy too".

  j. biboi050_2s2 (5/10/2025 at 2224 hours Z | IP 71.231.1.33): "Age lims?".

  k. ivutspun_ik0 (5/10/2025 at 2225 hours Z | IP 108.217.231.178): [GRIBBLE sends the above described CSAM file].

  l. biboi050_2s2 (5/10/2025 at 2225 hours Z | IP 71.231.1.33): "Fuck yaaaaa".

  m. ivutspun_ik0 (5/10/2025 at 2225 hours Z | IP 108.217.231.178): "4-14".

  n. biboi050_2s2 (5/10/2025 at 2225 hours Z | IP 71.231.1.33): "Wanna zoom and share vids ?".

  o. ivutspun_ik0 (5/10/2025 at 2225 hours Z | IP 108.217.231.178): "Telegram".

  p. ivutspun_ik0 (5/10/2025 at 2225 hours Z | IP 108.217.231.178): "@illestadd".

22. In total, "ivutspun_ik0" sent "biboi050_2s2" approximately 20 chats. It should be noted that "ivutspun_ik0" also added "biboi050_2s2" as a friend on Kik.

23. I obtained records from AT&T and learned that the IP address "108.217.231.178" was registered to 5920 Rose Arbor Ave, San Pablo, CA, where GRIBBLE lived with his girlfriend and his girlfriend's parents.

*24.*     Based on the above detailed Kik records, user "ivutspun_ik0" distributed the CSAM file to Kik user "biboi050_2s2", who was chatting from IP address "71.231.1.33". I obtained records from Comcast and learned that the service address for the IP address "71.231.1.33" was a residence in Seattle, WA. I obtained records from Kik and learned that Kik servers are located in Ohio.

### *Summary of Evidence*

25.     In summary, based on the evidence I reviewed, which was detailed above, I found that Chadwick GRIBBLE resided at 5920 Rose Arbor Ave. AT&T IP address "108.217.231.178" was associated with this address.

26.     GRIBBLE was in possession of a Samsung Galaxy S21 cellphone, which contained numerous CSAM videos, as well as evidence that GRIBBLE was the owner and user of the cellphone. GRIBBLE's phone included indicia of Kik account "ivutspun_ik0" and a thumbnail which matched CSAM video file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4".

27.     NCMEC CyberTipline report #212205790 and Kik account records indicated that on 5/10/2025, Kik user "ivutspun_ik0" distributed CSAM file "fc2cae91-2927-487d-a015-75a9c825dee0.mp4" from IP address "108.217.231.178" via a facility of interstate commerce to Kik user "biboi050_2s2".

28.     Kik user "ivutspun_ik0" was linked to GRIBBLE's cellphone, contained images and indicia of GRIBBLE, and was associated with the IP address of GRIBBLE's residence.

### **CONCLUSION**

29.     Based on the above information, I submit there is probable cause to believe that on 5/10/2025, in the Northern District of California, Chadwick GRIBBLE knowingly distributed child pornography in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

30. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/
ANDREW MUNDY
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 2nd day of December, 2025.

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge