**PROPOSED ORDER/COVER SHEET**

TO:	**The Honorable Thomas S. Hixon**	RE:	**GRIBBLE, Chadwick**
	**U.S. Magistrate Judge**

FROM:	**Silvio Lugo, Chief**	Docket No.:	**4:25-CR-71441-MAG-1**
	**U.S. Pretrial Services Officer**

Date:	**2/5/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson, Specialist                              415-837-3962
_____        _____

United States Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom ___E_____ on ___2/12/2026_____ at _9:30 AM_____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.	_____

B.	_____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____        February 5, 2026_____
**JUDICIAL OFFICER**                          **DATE**